IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYDNEY BRADSHAW, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | Nos. 01-CV-5221 and |
| | : | 02-CV-4268 |
| IMMIGRATION AND | : | |
| NATURALIZATION SERVICE, et al., | : | |
| Respondents. | : | |

### ORDER

Presently before the Court are the following: (1) Petitioner Sydney Bradshaw's Motion to Amend the Above Case and Respondents' Response (Civil Action No. 01-5221); (2) Petitioner's Petition for Stay of Removal (Civil Action No. 02-4268); and (3) Additional Supplement Brief to Support Petitioner's Claim to be a National and Not Removable (Civil Action No. 02-4268). The Court will consider Petitioner's Motion to Amend the Above Case, which was timely filed, as a Motion for Reconsideration of the Court's Memorandum Opinion, dated May 31, 2002, and entered June 3, 2002, which denied Petitioner's Petition for Writ of Habeas Corpus. In his Motion for Reconsideration, Petitioner claims that he is a national of the United States, a claim that he raises in his other habeas petition, filed under Civil Action No. 02-4268.

Upon reconsideration, the Court will permit Petitioner to amend his habeas corpus petition in Civil Action No. 01-5221 since this claim is also raised in Civil Action No. 02-4268. The Court will consolidate the two actions and file them in Civil Action No. 02-4268; Civil Action No. 01-5221 will be closed statistically. Respondents will be ordered to respond within twenty (20) days of the entry of this Order to the allegations contained therein. The Court will further order a stay of deportation pending further order of the Court.

**AND NOW**, this _____ day of September, 2002, upon consideration of Petitioner's Motion to Amend the Above Case and Respondents' Response (Civil Action No. 01-5221), (2) Petitioner's Petition for Stay of Removal (Civil Action No. 02-4268); and (3) Additional Supplement Brief to Support Petitioner's Claim to be a National and Not Removable (Civil Action No. 02-4268), **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion to Amend the Above Case is **GRANTED**;

2. Civil Action No. 01-5221 and Civil Action No. 02-4268 shall be **CONSOLIDATED** and **FILED** in Civil Action No. 02-4268;

3. Civil Action No. 01-5221 shall be **CLOSED statistically**;

4. Respondents shall respond to Petitioner's Petition for Stay of Removal and Additional Supplement Brief to Support Petitioner's Claim to be a National and Not Removable within **twenty (20) days** of the entry of this Order; and

5. Pending further order of the Court, Petitioner's Petition for Stay of Removal is **GRANTED** such that Petitioner's final order of removal is **STAYED**.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.