IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SYDNEY BRADSHAW | : | |
| | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | NO. 02-CV-4268 |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION AND | : | |
| NATURALIZATION SERVICE, ET AL | : | |
| Respondents. | | |

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Immigration and Naturalization Service, et al., Federal Respondents in the above-captioned matter.

                                        Stephen J. Britt
                                        Assistant United States Attorney
                                        615 Chestnut Street, Suite 1250
                                        Philadelphia, PA 19106
                                        (215) 451-8443

Dated: September 20, 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

Sydney Bradshaw
Berks County Prison
1287 County Welfare Road
Leesport, PA 19533

Stephen J. Britt
Assistant United States Attorney

Dated: September 20, 2002