### *Certificate of Service*

I certify hereby that on the 24th  Day of September,  2002,  I personally served or caused to be served a copy of the attached Government's Response To A Supplemental Motion,   addressed to:

Sydney Bradshaw  A13 914 980
Berks County Prison
1287 County Welfare Road
Leesport,  PA                    19533-9397

*petitioner*,

by first class mail service upon petitioner.

_____

STEPHEN J. BRITT
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106-4476
(215) 861-8443
(215) 861-8642   telecopier