IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW

                               02-4268
                               District Court Docket Number

      vs.

INS

Notice of Appeal Filed <u>2/20/03</u>
Court Reporter(s)/ESR Operator(s)          <u>N/A</u>

Filing Fee:
      Notice of Appeal __Paid _X_ Not Paid    __Seaman
      Docket Fee      __Paid _X_ Not Paid    __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_X_ Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
_X_ Pending

CC: JUDGE GREEN
    APPEALS CLERK
    USCA

                                  Defendant's Address (for criminal appeals)

                                  Prepared by : _____
                                           LINDA V .JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm